# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**LAROBERT LEE TISDALE**                                                         **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:24-cv-335-TBM-RPM**

**DOLLAR GENERAL CORPORATION**                                                   **DEFENDANT**

## ORDER

This matter came before the Court on Dollar General Corporation's Motion to Dismiss Corrected First Amended Complaint. [16]. At the hearing conducted on March 16, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority were announced from the bench and are contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Dollar General Corporation's Motion to Dismiss Corrected First Amended Complaint [16] is GRANTED in part and DENIED in part. Dollar General's motion is GRANTED as to Count three "retaliation."[1] This claim is DISMISSED WITH PREJUDICE. Dollar General's motion is DENIED as to Count one, "sex discrimination-sexual harassment/sexual orientation" (construed as a Title VII harassment claim based on a hostile work environment), and Count two, "wrongful termination" (construed as a Title VII sexual orientation discrimination claim).

This, the 16th day of March, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

---

[1] As articulated at the hearing, Tisdale's fourth count, "disparate treatment," is a theory of discrimination, not a standalone cause of action. Moving forward, the Court will consider it only insofar as it applies to Counts one and two.